# EXHIBIT 14

10003

**Tomahawk Oil & Gas Marketing**
9120 N Kelley Ave, Ste 101
Oklahoma City, OK 73131

CHASE
JPMorgan Chase Bank, N.A.
www.Chase.com
39-64-1030

11/27/2013

PAY TO THE ORDER OF   Superior Pipeline Company          $  **12,872.79

Twelve thousand eight hundred seventy-two and 79/100****************************************************** DOLLARS

7130 S Lewis, Ste 510
Tulsa, OK 74136

AUTHORIZED SIGNATURE

MEMO   141.18 NET BBLS

⑈0⎯10003⑈ ⑉103000648⑈  259283339⑈

---

hawk Oil & Gas Marketing                                                        10003

11/27/2013    Superior Pipeline Company
                           CONDENSATE   Cashion Nov 13                  12,872.79

New - 1
Lime Deal                          Co. 3

                                                                          12,872.79

EXHIBIT 14

*In Re: Tomahawk Oil & Gas Marketing, LLC.*
Creditor Superior Pipeline Company's Exhibit 2



**SUPERIOR PIPELINE COMPANY**
7130 South Lewis, Suite 510
Tulsa, OK 74136

TOMAHAWK Oil & Gas Marketing
9120 N Kelley Ave, Ste 101
Oklahoma City, OK73131

INVOICE #: 13110412
MONTH: November, 2013

DATE:   12/23/2013

To invoice for sales on the **Cashion** system.

| Location | Product | Gallons/BBls | Net Price | Net Amount |
|---|---|---|---|---|
| CASHION PLANT | Condensate | 141.18 | $91.1800 | $12,872.79 |
| | TOTAL AMOUNT DUE | 141.18 | | $12,872.79 |

Contact:  Dan Call
          918-477-5667

| Terms: | Payment due upon receipt of invoice |

| Payment Instructions: | Superior Pipeline Company | Wire: | Bank of Oklahoma, NA |
| | 7130 South Lewis, Suite 510 | | ABA #103900036 |
| | Tulsa, Oklahoma 74136 | | For the account of Superior Pipeline Company |
| | Attention: Gas Accounting | | Account #209907163 |

INTERNAL

2683

# △ TOMAHAWK

| | |
|---|---|
| Date | 11/26/2013 |
| From Operator | Superior Pipeline Co |
| To | Tomahawk Central/Crescent |
| Lease # | County  Logan |
| Lease | |
| Legals | Waswo N. Booster |
| Product Type | Condy |
| Taxable | T.P. |
| T.G. | 9' 1"    Adj Gross BBLS |
| B.G. | 1' 11"    % BSW  1.5% |
| Gross BBLS | 143.33    Net Oil  141.15 |
| Trucking Co | B.O.W.    Gravity |
| Ticket # | Temperature |
| Corrected Grav | RVP |
| VCF Factor | % > Pentane + |

Nymex 93.68 - less 2.50
9.12872  29